| PROB 22 (Rev. 2/88) | | ☒ FILED ☐ LODGED | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | **TRANSFER OF JURISDICTION** | **Jul 31 2023** CLERK U.S. DISTRICT COURT DISTRICT OF ARIZONA | 1:21CR00418 |
| | | | DOCKET NUMBER *(Rec. Court)* CR-23-50159-PHX-DLR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ibrahim Al-Amreeki | DISTRICT Illinois Northern | DIVISION Eastern |
|---|---|---|
| | NAME OF SENTENCING JUDGE Robert W. Gettleman | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03/30/2023 — TO 03/29/2026 |

| OFFENSE |
|---|
| INTERSTATE COMMUNICATIONS - THREATS 18:875C.F |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   "Northern District of Illinois"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Arizona upon that Courts order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 24, 2023
*Date*

*[signature: Robert W. Gettleman]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/28/2023
*Effective Date*

*[signature]*
*United States District Judge*