

FILED
8/24/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JMK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IBRAHIM AL-AMREEKI<br>a/k/a Brandon Knight | No. 21 CR 418<br><br>Violation: Title 18, United States Code, Section 875(c) |

**SUPERSEDING INDICTMENT**

**COUNT ONE**   JUDGE GETTLEMAN
              MAGISTRATE JUDGE MCSHAIN

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about June 11, 2021, in the Northern District of Illinois, Eastern Division, and elsewhere,

IBRAHIM AL-AMREEKI
a/k/a Brandon Knight

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another; namely, messages made through a social media application in which defendant stated, "My plan is to kill my wife" with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

The SPECIAL MAY 2021 GRAND JURY further charges:

On or about June 17, 2021, in the Northern District of Illinois, Eastern Division, and elsewhere,

> IBRAHIM AL-AMREEKI
> a/k/a Brandon Knight

defendant herein, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another; namely, messages made through a social media application in which defendant stated that he would "hunt down," "execute," and "cut off the heads" of individuals working for the Federal Bureau of Investigation with the purpose of issuing a true threat and knowing that the communication would be understood as a true threat

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Steven J. Dollear on behalf of the
UNITED STATES ATTORNEY