# United States District Court
## Northern District of Illinois - CM/ECF NextGen 1.7.1.1 (Chicago)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-00418-1

Case title: USA v. Al-Amreeki

Date Filed: 08/03/2021

Date Terminated: 07/08/2022

---

Assigned to: Honorable Robert W. Gettleman

**Defendant (1)**

| | |
|---|---|
| **Ibrahim Al-Amreeki**<br>*TERMINATED: 07/08/2022*<br>*also known as*<br>Brandon Knight<br>*TERMINATED: 07/08/2022* | represented by **Dena M Singer**<br>Bedi & Singer, LLP<br>53 West Jackson Blvd<br>1505<br>Chicago, IL 60604<br>(312) 525 2017<br>Email: dsinger@bedisinger.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| INTERSTATE COMMUNICATIONS - THREATS<br>(1s) | THE DEFENDANT: pleaded guilty to count(s) 1 of the Superseding Indictment. All remaining Counts in the original and superseding Indictments dismissed on the motion of the United States. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Twenty-four (24) months as to count 1s. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: three (3) years. Criminal Monetary Penalties. Schedule of Payments |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

INTERSTATE COMMUNICATIONS -
THREATS
(1)

All remaining counts are dismissed on the
motion of the United States.

INTERSTATE COMMUNICATIONS -
THREATS
(2s)

All remaining counts are dismissed on the
motion of the United States.

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                              **Disposition**

18:875C.F

---

**Plaintiff**

**USA**                          represented by    **Probation Department**
.
408-5197
Email: Intake_Docket_ILNP@ilnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Probation Department*

**Barry Jonas**
United States Attorneys Office
219 S. Dearborn
Chicago, IL 60604
312 886 8027
Email: barry.jonas@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Melody Wells**
U.S. Attorney"s Office
N/A
219 South Dearborn Street
Chicago, IL 60604
(312) 353-1110
Email: melody.wells@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA - Chicago**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2021 | 1 | COMPLAINT signed by the Honorable Heather K. McShain as to Brandon Knight (1) (sxb, ) (Entered: 07/07/2021) |
| 07/06/2021 | 2 | MOTION by USA to seal complaint, affidavit, search warrant, and arrest warrant as to Brandon Knight (sxb, ) (Entered: 07/07/2021) |
| 07/06/2021 | 3 | ORDER as to Brandon Knight: Arrest warrant issued to United States Marshal and Any Authorized Officer as to defendant Brandon Knight. The Government's motion to seal the complaint, affidavit, search warrants, arrest warrant as well as the motion to seal is granted. Enter Order. Signed by the Honorable Heather K. McShain on 7/6/2021. (sxb, ) (Entered: 07/07/2021) |
| 07/06/2021 | 4 | ORDER as to Brandon Knight. Signed by the Honorable Heather K. McShain on 7/6/2021. (sxb, ) (Entered: 07/07/2021) |
| 07/07/2021 | 5 | SEALED ARREST WARRANT issued to U.S. Marshal as to Brandon Knight (sxb, ) (Entered: 07/07/2021) |
| 07/07/2021 | | ARREST - Other District of defendant Brandon Knight (sxb, ) (Entered: 07/22/2021) |
| 07/21/2021 | 6 | RULE 5(c)(3) Documents Received as to Brandon Knight (sxb, ) (Entered: 07/22/2021) |
| 08/03/2021 | 8 | INDICTMENT as to Ibrahim Al-Amreeki (1) count(s) 1 (ec, ) (Entered: 08/05/2021) |
| 08/03/2021 | 10 | DESIGNATION Sheet: FELONY (Category 3). (ec, ) (Entered: 08/05/2021) |
| 08/03/2021 | 11 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Ibrahim Al-Amreeki: Defendant is currently in custody and is being transported by the U.S. Marshals from the District of Oregon to the Northern District of Illinois. The government will seek continued detention pursuant to Title 18, United States Code, Section 3142. Mailed notice (ec, ) (Entered: 08/05/2021) |
| 08/03/2021 | 13 | MOTION by USA to charge using defendant's true name as to Ibrahim Al-Amreeki. (ec, ) (Entered: 08/05/2021) |
| 08/03/2021 | 14 | ORDER as to Ibrahim Al-Amreeki: Signed by the Honorable Jeffrey T. Gilbert on 8/3/2021. Mailed notice (ec, ) (Entered: 08/05/2021) |
| 08/04/2021 | 7 | ORDER TO UNSEAL CASE as to Ibrahim Al-Amreeki: Signed by the Honorable Jeffrey T. Gilbert on 8/4/2021. Mailed notice (ec, ) Modified on 8/5/2021 (ec, ). (Entered: 08/04/2021) |
| 08/04/2021 | 12 | MOTION by USA to unseal case as to Ibrahim Al-Amreeki. (ec, ) (Entered: 08/05/2021) |
| 08/05/2021 | 15 | NOTICE of Arraignment as to Ibrahim Al-Amreeki before Honorable Heather K. McShain on 8/10/2021 at 11:00 AM. (ec, ) Modified on 8/5/2021 (ec, ). (Entered: 08/05/2021) |
| 08/06/2021 | 16 | MINUTE entry before the Honorable Heather K. McShain: The notice of arraignment before this Court 15 is stricken and the initial appearance and arraignment will be |

| | | |
|---|---|---|
| | | rescheduled before the Duty Magistrate when the defendant appears in this district. Mailed notice. (pk, ) (Entered: 08/06/2021) |
| 08/16/2021 | 17 | MOTION by USA for protective order as to Ibrahim Al-Amreeki (Jonas, Barry) (Entered: 08/16/2021) |
| 08/16/2021 | 18 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: Motion for entry of unopposed protective order governing discovery 17 is granted. Enter Order. Mailed notice (cn). (Entered: 08/16/2021) |
| 08/16/2021 | 19 | PROTECTIVE Order Governing Discovery as to Ibrahim Al-Amreeki signed by the Honorable Robert W. Gettleman on 8/16/2021. Mailed notice (cn). (Entered: 08/16/2021) |
| 08/23/2021 | 20 | MINUTE entry before the Honorable Beth W. Jantz as to Ibrahim Al-Amreeki: The matter is set for an Initial Appearance and Arraignment before Magistrate Judge Jantz on 08/23/2021 at 2:15 p.m. (via video conference. To join the video conference use this link: https://us-courts.webex.com/us-courts/j.php? MTID=mc6268d95a0a996cf03b72fa77f03f801. The call-in number is 1-650-479-3207, access code: 1807283859##. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. Mailed notice. (as, ) (Entered: 08/23/2021) |
| 08/23/2021 | 21 | ATTORNEY Appearance for defendant Ibrahim Al-Amreeki by Dena M Singer (Singer, Dena) (Entered: 08/23/2021) |
| 08/23/2021 | | ORAL MOTION by USA for detention as to Ibrahim Al-Amreeki (exr, ) (Entered: 08/24/2021) |
| 08/23/2021 | 22 | ORDER as to Ibrahim Al-Amreeki: Initial appearance and Arraignment held on 8/23/2021. Defendant appears following an arrest in Oregon and determination of removal to this District on July 21, 2021. By agreement and consent of all the parties and pursuant to the CARES Act, all parties appear by video and telephone conference. Attorney Dena Singer is appointed as counsel for the Defendant subject to the Court receiving her CJA appointment papers. Defense counsel shall email these documents to the courtroom deputy at anthony_squillante@ilnd.uscourts.gov as soon as reasonably practicable. Defendant is advised of charges and maximum penalties available under the law and informed of his rights. Defendant enters plea of not guilty to all counts in the indictment. The Government orally moves for detention based on 18 U.S.C. 3142(f), and Defendant orally moves for a continuance to determine whether he will seek release upon arrival in this District. A telephonic status hearing to track Defendant's removal to the Northern District of Illinois and on the issue of bond/detention is set before Judge Jantz on 09/21/2021 at 1:30 p.m. The call-in number is 888-273-3658, Access Code 2217918. If circumstances change before the 9/21/21 hearing, the parties may jointly email the courtroom deputy. The Rule 16.1 (a) conference is to be held as soon as possible. Status hearing before Judge Gettleman set for 9/9/2021 at 9:00 a.m. The call-in number is (888) 684-8852 and the access code is 1503395. Without objection, time is excluded from 08/23/2021 to and including 9/21/2021 pursuant to 18 U.S.C. § 316l(h)(7)(A)(B) in the interest of justice and for reasons stated in open court. Signed by the Honorable Beth W. Jantz on 8/23/2021. Mailed notice. (exr, ) (Entered: 08/24/2021) |
| 08/23/2021 | 23 | ORDER as to Ibrahim Al-Amreeki: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court confirms the government's continuing obligation to disclose to the accused favorable evidence as to guilt or punishment under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under Brady need have only some weight and includes both exculpatory and impeaching evidence. Failure to |

| | | produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Signed by the Honorable Beth W. Jantz on 8/23/2021. Mailed notice. (exr, ) (Entered: 08/24/2021) |
|---|---|---|
| 08/24/2021 | 24 | SUPERSEDING INDICTMENT as to Ibrahim Al-Amreeki (1) count(s) 1s-2s (exr, ) (Entered: 08/25/2021) |
| 08/24/2021 | 26 | DESIGNATION Sheet: FELONY (Category 3). (exr, ) (Entered: 08/25/2021) |
| 08/24/2021 | 27 | MINUTE entry before the Honorable Beth W. Jantz as to Ibrahim Al-Amreeki: Detention order previously issued in 21-CR-00418 to stand in this instance. Mailed notice. (exr, ) (Entered: 08/25/2021) |
| 08/25/2021 | 28 | NOTICE of Arraignment as to Ibrahim Al-Amreeki before Honorable Heather K. McShain on 9/1/2021 at 11:00 AM. (exr, ) (Entered: 08/25/2021) |
| 08/27/2021 | 29 | MINUTE entry before the Honorable Heather K. McShain: The notice of arraignment before this Court 28 is stricken and the arraignment will be rescheduled when the defendant appears in this district. Mailed notice. (pk, ) (Entered: 08/27/2021) |
| 09/02/2021 | 30 | MINUTE entry before the Honorable Heather K. McShain: Arraignment set for 9/3/2021 at 11:30 a.m. via teleconference. Members of the public and media will be able to call in to listen to this hearing. The call-in number is dial (888) 684-8852, Access code is 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (pk, ) (Entered: 09/02/2021) |
| 09/03/2021 | 31 | MINUTE entry before the Honorable Heather K. McShain as to Ibrahim Al-Amreeki (1): Arraignment held on 09/03/2021. By consent and agreement of all the parties and pursuant to the CARES Act, all parties appear by telephone. Defendant acknowledges receipt of the Superseding Indictment; waives formal reading and enters a plea of not guilty. Detention hearing held. Defendant waived his right to a detention hearing. Defendant's waiver is without prejudice and he may move at a later time for pretrial release on conditions. The Government's oral motion for pretrial detention is granted. Status hearing on the issue of bond/detention set before Judge Jantz on 09/21/2021 22 is stricken. Mailed notice. (pk, ) (Entered: 09/03/2021) |
| 09/08/2021 | 32 | PRETRIAL Bail Report as to Ibrahim Al-Amreeki (SEALED) (Dominguez, Daniel) (Entered: 09/08/2021) |
| 09/09/2021 | 33 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: Telephonic hearing held on 9/9/2021. In custody defendant did not appear and his presence was waived. Defense counsel reported she is reviewing discovery. Telephonic hearing set for 12/16/2021 at 9:15 a.m. The call-in number is (888) 684-8852 and the access code is 1503395. By agreement, the Court deems the period of time from 9/9/2021 through 12/16/2021 excludable under 18 U.S.C.§3161(h)(7)(A) interest of justice. Mailed notice (cn). (Entered: 09/09/2021) |
| 12/16/2021 | 34 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: Telephonic status hearing held on 12/16/2021. Defendant appeared telephonically. Telephonic hearing set for 2/4/2022 at 9:45 a.m. The call-in number is (888) 684-8852 and the access code is 1503395. By agreement, the Court deems the period of time from 12/16/2021 to 2/4/2022 excludable under 18 U.S.C. §3161(h)(7)(A) - interest of justice. Mailed notice (cn). (Entered: 12/16/2021) |

| 01/26/2022 | 35 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: At the parties' request, telephonic status hearing set for 2/4/2022 is stricken and reset to 2/15/2022 at 9:45 a.m. The call-in number is (888) 684-8852 and the access code is 1503395. By agreement, the Court deems the period of time 2/4/2022 to 2/15/2022 excludable under 18 U.S.C. §3161(h)(7)(A) interest of justice. Mailed notice (cn). (Entered: 01/26/2022) |
|---|---|---|
| 02/15/2022 | 36 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: Telephonic status hearing held on 2/15/2022. Defendant appeared telephonically on the hearing. Telephonic status hearing set for 4/6/2022 at 9:30 a.m. The call-in number is (888) 684-8852 and the access code is 1503395. By agreement, the Court deems the period of time from 2/15/2022 to 4/6/2022 excludable under 18 U.S.C. §3161(h)(7)(A) - interest of justice. Mailed notice (cn). (Entered: 02/15/2022) |
| 03/12/2022 | 37 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: At defense counsel's request, telephonic status hearing set for 4/6/2022 is stricken and reset to a telephonic change of plea hearing on 4/6/2022 at 10:00 a.m. The call-in number is (888) 684-8852 and the access code is 1503395. Counsel is directed to email the courtroom deputy a draft copy of the plea agreement/declaration by 3/29/2022. Mailed notice (cn). (Entered: 03/12/2022) |
| 03/31/2022 | 38 | ORDER as to Ibrahim Al-Amreeki signed by the Honorable Robert W. Gettleman on 3/31/2022. Mailed notice (cn). (Entered: 03/31/2022) |
| 04/06/2022 | 39 | ORDER as to Ibrahim Al-Amreeki: Change of plea hearing held on 4/6/2022. Defendant affirmed his consent to appear by telephone under the CARES Act Section 15002(b)(2)(A). Defendant enters plea of guilty to Count 1 of the Superseding Indictment. Defendant advised of his rights. Plea of guilty is accepted. Enter plea agreement. Enter finding of guilty. Cause is referred to the Probation Department for a pre-sentence investigation and report. Video sentencing is set for 7/8/2022, at 10:00 a.m. The call-in number is (650) 479-3207 and the access code is 1809883385##. Counsel of record will receive an email invitation prior to the video hearing with instructions to join the video conference. Sentencing briefs are due by 6/24/2022. The US Marshal is directed to transfer defendant Ibrahim Al-Amreeki (USM #54031-509) to the Chicago Metropolitan Correctional Center by 6/10/2022, to be housed there in preparation for his sentencing. Signed by the Honorable Robert W. Gettleman on 4/6/2022. Mailed notice (cn). (Entered: 04/06/2022) |
| 04/06/2022 | 40 | PLEA Agreement as to Ibrahim Al-Amreeki (cn). (Entered: 04/06/2022) |
| 05/02/2022 | 41 | MOTION by Ibrahim Al-Amreeki for extension of time *unopposed motion to extend the time to submit defendants version* (Singer, Dena) (Entered: 05/02/2022) |
| 05/03/2022 | 42 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: Defendant's unopposed motion to extend the time to May 17, 2022, to submit the Defendant's version of offense to the Probation Department 41 is granted. Sentencing remains set for 7/8/2022 at 10:00 a.m. and will be in person. Sentencing briefs are due by 6/24/2022. Mailed notice (cn). (Entered: 05/03/2022) |
| 06/02/2022 | 43 | PRESENTENCE Investigation Report as to Ibrahim Al-Amreeki (SEALED) (Attachments: # 1 Supplement Plea Agreement)(Gingell, Wendy) (Entered: 06/02/2022) |
| 06/02/2022 | 45 | MOTION by Ibrahim Al-Amreeki unopposed motion to release probation recommendation (Singer, Dena) (Entered: 06/02/2022) |
| 06/02/2022 | 46 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: Defendant Al-Amreeki's unopposed motion for disclosure of the recommendation section of the Presentence Report 45 is granted. The Probation Department is directed to release |

| | | the Sentencing Recommendation to counsel of record in this case. Mailed notice (cn). (Entered: 06/02/2022) |
|---|---|---|
| 06/17/2022 | 47 | MINUTE entry before the Honorable Robert W. Gettlemanas to Ibrahim Al-Amreeki: Sentencing set for 7/8/2022 at 10:00 a.m. will be held in person in courtroom 1925. Mailed notice (cn). (Entered: 06/17/2022) |
| 06/23/2022 | 48 | SENTENCING MEMORANDUM as to Ibrahim Al-Amreeki (Jonas, Barry) (Entered: 06/23/2022) |
| 06/23/2022 | 53 | ARREST WARRANT returned executed as to Brandon Knight on 7/7/21. (Received for docketing on 7/6/22) (nsf, ) (Entered: 07/06/2022) |
| 06/24/2022 | 49 | MOTION by Ibrahim Al-Amreeki for leave to file brief in excess of fifteen pages *unopposed motion* (Singer, Dena) (Entered: 06/24/2022) |
| 06/24/2022 | 50 | SENTENCING MEMORANDUM as to Ibrahim Al-Amreeki (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 5, # 5 Exhibit 6, # 6 Exhibit 7, # 7 Exhibit 8) (Singer, Dena) (Entered: 06/24/2022) |
| 06/24/2022 | 51 | SEALED Document *Exhibit 4 of defendants sentencing memorandum* (Singer, Dena) (Entered: 06/24/2022) |
| 06/27/2022 | 52 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: Defendant's unopposed motion for leave to file his sentencing memorandum and objections to the PSR in excess of fifteen pages 49 is granted. Mailed notice (cn). (Entered: 06/27/2022) |
| 07/07/2022 | 54 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: At defense counsel's request, in-person sentencing set for 10:00 a.m. is stricken and reset to 10:30 a.m. The hearing will be held in courtroom 1925. Mailed notice (cn). (Entered: 07/07/2022) |
| 07/08/2022 | 55 | MINUTE entry before the Honorable Robert W. Gettleman as to Ibrahim Al-Amreeki: Sentencing held on 7/8/2022. Judgment to follow. Mailed notice (cn). (Entered: 07/08/2022) |
| 07/08/2022 | 56 | JUDGMENT (Sentencing Order) as to Ibrahim Al-Amreeki (1), Count(s) 1s, THE DEFENDANT: pleaded guilty to count(s) 1 of the Superseding Indictment. All remaining Counts in the original and superseding Indictments dismissed on the motion of the United States. The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: Twenty-four (24) months as to count 1s. The defendant is remanded to the custody of the United States Marshal. Upon release from imprisonment, you shall be on supervised release for a term of: three (3) years. Criminal Monetary Penalties. Schedule of Payments, (Terminated defendant Ibrahim Al-Amreeki). Signed by the Honorable Robert W. Gettleman on 07/08/2022. Mailed certified copy to defendant's Ibrahim Al-Amreeki counsel of record Dena M Singer. (rc, ) (Entered: 07/08/2022) |
| 07/08/2022 | 57 | STATEMENT of Reasons as to Ibrahim Al-Amreeki (SEALED). Mailed certified copy to defendant's Ibrahim Al-Amreeki counsel of record Dena M Singer. (rc, ) (Entered: 07/08/2022) |
| 07/08/2022 | | JUDGMENT and Commitment as to Ibrahim Al-Amreeki issued to U.S. Marshal via e-mail in PDF format. (rc, ) (Entered: 07/08/2022) |
| 07/08/2022 | | FORWARDED certified copy of Judgment (Sentencing Order) with Statement of Reasons to the Docketing Department of the U.S. Attorney's Office and the U.S. District Court's Fiscal Department as to Ibrahim Al-Amreeki. (rc, ) (Entered: 07/08/2022) |

| 07/11/2022 | 58 | CJA ORDER Appointing Counsel Dena M Singer for Ibrahim Al-Amreeki Under the Criminal Justice Act. Signed by the Honorable Beth W. Jantz on 7/11/22. Mailed notice (nsf, ) (Entered: 07/11/2022) |
|---|---|---|
| 10/05/2022 | 59 | Judgment and Commitment Returned Executed as to Ibrahim Al-Amreeki on 8/29/22. (nsf, ) (Entered: 10/06/2022) |
| 11/08/2022 | 60 | SEALED TRANSCRIPT OF PROCEEDINGS as to Ibrahim Al-Amreeki held on July 8, 2022, before the Honorable Robert W. Gettleman. Court Reporter Contact Information: Nancy_Bistany@ilnd.uscourts.gov. (Bistany, Nancy) (Entered: 11/08/2022) |
| 05/08/2023 | 61 | SPECIAL Report 12B - Modification Report as to Ibrahim Al-Amreeki (SEALED) (Attachments: # 1 Supplement Judgment and Commitment)(Tsinoukas, Angelo) (Entered: 05/08/2023) |
| 05/08/2023 | 62 | REQUEST for Modifying the Conditions of Release or Term of Supervision with Consent of Offender as to Ibrahim Al-Amreeki: 1. You must participate as instructed by the probation officer in a program of substance abuse treatment, which may include testing for substance abuse. If substance use treatment includes inpatient treatment and you object, the probation officer must seek court authorization first. You must contribute to the cost of treatment in an amount to be determined by the probation officer. 2. You must submit your person, property, house, residence, vehicle, papers, or office to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. 3. You must participate in a mental health assessment and participate in outpatient mental health treatment as determined to be necessary by a medical or mental health professional and follow any treatment directions by the treatment provider. You must take medicine as prescribed by a medical professional providing mental health treatment, unless you object, in which event you must immediately notify the probation officer. You must contribute to the cost of treatment in an amount to be determined by the probation officer. 4. You must reside at and participate in a Residential Reentry Center, a residential substance abuse treatment program, a 12-step based halfway house, a sober-living environment, or any combination thereof as approved and directed by the probation officer for up to 180 days, unless discharged earlier by the probation officer. You must follow all rules and regulations. You must contribute to programming costs in an amount determined by the probation officer. 5. You must not use or possess alcohol or alcoholic beverages. Signed by the Honorable Robert W. Gettleman on 5/8/2023. Mailed notice (nsf, ) (Entered: 05/08/2023) |