AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED _____ LODGED
✗ RECEIVED _____ COPY

DEC 11 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America
v.

Ibrahim Al-Amreeki

*Defendant*

Case No. CR-23-50159-001-PHX-DLR

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ibrahim Al-Amreeki                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Supervised Release Violation

*Issuing officer's signature*

City and state:   Phoenix, Arizona                                            Robert Vasquez, Deputy Clerk
                                        ISSUED ON 2:18 pm, Sep 08, 2023        *Printed name and title*
                                         s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* 9/8/2023, and the person was arrested on *(date)* 12/9/2023
at *(city and state)* Tucson AZ.

Date: 12/11/2023

by: _____ *Arresting officer's signature*
arrested by U of A P.D.

*Printed name and title*

cc: Prob