IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Ibrahim Al-Amreeki,<br>USMS # 54031-509<br><br>　　　　　　Defendant. | No. CR-23-50159-001-PHX-DLR<br><br>**ORDER** |

A petition for revocation of supervised release was filed and the Defendant admitted violating Allegation A of the petition (a violation of Standard Condition #2 of Supervised Release). The Court found that the Defendant violated the terms and conditions of supervised release. The Court has considered the U.S. Sentencing Commission Chapter 7 policy statements as well as the original guideline range and 18 U.S.C. §3553 and finds as follows:

**IT IS THE JUDGMENT OF THIS COURT THAT** defendant's supervised release is revoked.

**IT IS ORDERED** that defendant is committed to the custody of the Bureau of Prisons for a term of **TWELVE (12) MONTHS AND ONE (1) DAY.** No term of supervised release to follow.

**IT IS FURTHER ORDERED** dismissing the remaining allegations of the Petition to Revoke on motion of the government.

**IT IS FURTHER ORDERED** affirming all prior orders concerning fine, restitution, and special assessment.

Defendant is advised of the right to appeal within 14 days.

Dated this 2nd day of July, 2025.

Douglas L. Rayes
Senior United States District Judge